DEBORAH M. SMITH
Acting United States Attorney

JAMES BARKELEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3699
Fax: (907) 271-1500
Email: jim.barkeley@usdoj.gov
Alaska Bar No. 8306019

Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | Case No. |
| --- | --- | --- |
| Plaintiff, | ) ) ) | **VERIFIED COMPLAINT FOR FORFEITURE** |
| v. | ) ) | |
| 8117 SPRING STREET, ANCHORAGE, ALASKA; AND 6500 ROCKRIDGE DRIVE, ANCHORAGE, ALASKA, | ) ) ) ) ) | |
| Defendants. | ) ) | |

COMES NOW Plaintiff United States of America, by and through counsel, and respectfully states as follows:

I.

This is a civil action in rem brought to enforce the provisions of 21 U.S.C. § 881(a)(7) and 18 U.S.C. § 985, for the forfeiture of the following two parcels of real property

("Defendant property"), which constitutes property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, a violation of 21 U.S.C. §§ 841, et seq., and is therefore subject to civil forfeiture pursuant to 21 U.S.C. § 881(a)(7):

1. All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments, and easements, located at 8117 SPRING STREET, Anchorage, Alaska 99518, more particularly described as Lot West ½ of Lot 7, Block 3, Van's Subdivision, according to the official plat thereof, filed under Plat Number P-231-A, Records of the Anchorage Recording District, Third Judicial District, State of Alaska; and

2. All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments, and easements, located at 6500 ROCKRIDGE DRIVE, Anchorage, Alaska 99516, more particularly described as Lot 2A, Block 1, Dafoe Subdivision, according to the official plat thereof, filed under Plat Number 74-114, Records of the Anchorage Recording District, Third Judicial District, State of Alaska.

II.

This Court has jurisdiction over this matter by virtue of 28 U.S.C. §§ 1345 and 1355, and 21 U.S.C. § 881(a)(7) and 18 U.S.C. § 985. This is a forfeiture proceeding based upon violations of 21 U.S.C. §§ 841 and 881.

III.

The record owner of the Defendant property located at 8117 SPRING STREET is Linda D. Ronan.

IV.

The record owners of the Defendant property located at 6500 ROCKRIDGE DRIVE are Charles B. Ronan and Linda D. Ronan.

The Defendant property has not been seized, but both parcels are located within this district and within the jurisdiction of the Court. The United States does not request authority from the Court to seize the Defendant property at this time. The United States will, as provided by 18 U.S.C. § 985(b)(1) and (c)(1), do the following:

    A.    Post notice of this action and a copy of this Complaint on the Defendant property;

    B.    Serve notice of this action on the Defendant property owners, and any other person or entity who may claim an interest in the Defendant property, along with a copy of this Complaint;

    C.    Execute a writ of entry for purposes of conducting an inspection and inventory of the Defendant property; and

    D.    File a lis pendens in the Anchorage Recording Office for the Defendant property, stating the status of both properties as defendants in this in rem action.

The United States will also, as provided in 19 U.S.C. § 1606, appraise the Defendant property when it executes the Writ of Entry.

VI.

Probable cause to believe that the Defendant property is subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(7) is set forth in the Affidavit of DEA Task Force Officer Kurt Kornchuk, attached hereto, which is incorporated herein.

WHEREFORE, the Plaintiff respectfully asserts that there is probable cause to believe that the Defendant property is forfeitable to the United States under 21 U.S.C. § 881(a)(7); and requests:

1. That, pursuant to 18 U.S.C. § 985(b)(2), and 18 U.S.C. § 983(j), which permits the Court to "take any action to . . . preserve the availability of the property subject to civil forfeiture", the Court issue the proposed Writ of Entry attached to this Complaint authorizing the United States Marshals Service, or its delegate, to enter the Defendant real property, including any structures, on one or more occasions during the pendency of this in rem forfeiture action:

   A. for the purpose of conducting an inspection and inventory and appraisal of the Defendant property, which inspection and inventory and appraisal may include still and video photography;

   B. to be accompanied on any such occasion by any appraiser(s) selected by it to appraise the condition and value of the Defendant property pursuant to 19 U.S.C. §1606;

   C. to be accompanied on any such occasion by any government or contract personnel selected by it for the purpose of conducting an inventory of the Defendant property; and

   D. to be accompanied on any such occasion by any federal, state, and local law enforcement officers selected by it to ensure the safety of any person acting under the Writ of Entry;

2.  That the Court decree that the forfeiture of the Defendant property to the United States under 21 U.S.C. § 881(a)(7) is confirmed, enforced, and ordered;

3.  That the Court thereafter order that the United States Marshal, or his delegate, dispose of the Defendant property as provided by law; and

4.  That the Court award Plaintiff United States all other relief to which it is entitled, including the costs of this action.

VII.

The Defendant property constitutes real property which is used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, a violation of 21 U.S.C. §§ 841, et seq., and is therefore subject to civil forfeiture pursuant to 21 U.S.C. § 881(a)(7).

WHEREFORE, Plaintiff United States of America prays that:

1.  **A Warrant In Rem** issue for the arrest of the above-described Defendant property;

2.  That due notice be given to all parties to appear and show cause why the forfeiture should not be decreed;

3.  That judgment be entered declaring the Defendant property forfeited to the United States of America for disposition according to law; and

4   That the United States of America be granted such other relief as this Court

may deem just and proper, together with the costs and disbursements of this action.

DATED this 18th day of May, 2006 in Anchorage, Alaska.

DEBORAH M. SMITH
Acting United States Attorney

*/s/ James Barkeley*

JAMES BARKELEY
Assistant U.S. Attorney
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3699
Fax: (907) 271-1500
Email: jim.barkeley@usdoj.gov
Alaska Bar No. 8306019

## VERIFICATION

I have read the contents of the foregoing Complaint for Forfeiture, and the supporting Affidavit thereto, and the statements contained therein are true to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on this 18th day of May, 2006 in Anchorage, Alaska.

_____
JAMES BARKELEY
Assistant U.S. Attorney

SUBSCRIBED AND SWORN to before me on this 18th day of May, 2006 in Anchorage, Alaska.



_____
NOTARY PUBLIC, State of Alaska
My Commission expires: 10/26/2007

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing VERIFIED COMPLAINT FOR FORFEITURE was served via Certified U.S. Mail, Return Receipt Requested, this 18th day of May, 2006, on:

LINDA D. RONAN
205 E. Dimond Blvd., #439
Anchorage, AK 99515-1909

CHARLES B. RONAN
205 E. Dimond Blvd., #439
Anchorage, AK 99515-1909

KEVIN McCOY  (Counsel for James Kirk Short)
Office of the Federal Public Defender
550 W. 7th Avenue, Suite 1600
Anchorage, AK 99501

CHRISTINA L. OSNESS
1545 S. Hoyt Street
Anchorage, AK 99508

SHON WAYNE DOZARK
5606 Tonga Street
Anchorage, AK 99517

RONALD McCORMICK
5606 Tonga Street
Anchorage, AK 99517

VIRGINIA FULLER
5606 Tonga Street
Anchorage, AK 99517

JASON CLEMENTS
6121 West Arconautical
Wasilla, AK

_/s/ Katie Voke_
United States Attorney's Office