DEBORAH M. SMITH
Acting United States Attorney

JAMES BARKELEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3699
Fax: (907) 271-1500
Email: jim.barkeley@usdoj.gov
Alaska Bar No. 8306019

Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. |
| | ) | |
| Plaintiff, | ) | **NOTICE OF RELATED CASE** |
| | ) | |
| v. | ) | |
| | ) | |
| 8117 SPRING STREET, ANCHORAGE, ALASKA; AND 6500 ROCKRIDGE DRIVE, ANCHORAGE, ALASKA, | ) ) ) ) | |
| | ) | |
| Defendants. | ) ) | |

COMES NOW Plaintiff United States of America, by and through counsel, pursuant to D. Ak. Local Rule 40.2, and hereby notifies the Court of a pending criminal case that is related to this civil forfeiture proceeding. The related criminal case was brought before the United States District Court for the District of Alaska, titled United States v. James Kirk Short, Case No. 3:05-cr-114-RRB, pursuant to a December 8, 2005 Information. The

criminal case is related to this civil forfeiture case because: (1) the Defendant real property is subject to forfeiture in this case based upon the same factual basis involved in the criminal case; (2) the Defendant real property located at 6500 Rockridge Drive is owned by, and constitutes the primary residence of, criminal defendant James Kirk Short; (3) the Defendant real property located at 6500 Rockridge Drive was subject to the execution of a state search warrant on the same date as Mr. Short's arrest in the criminal case, on November 26, 2005; and (4) criminal defendant James Kirk Short will likely be a claimant in this civil forfeiture action. Therefore, because the criminal case is still pending before the Court, assignment of both cases to the Honorable Ralph R. Beistline would likely be the most efficient use of judicial time and resources.

DATED this 18th day of May, 2006 in Anchorage, Alaska.

DEBORAH M. SMITH
Acting United States Attorney

s/James Barkeley
JAMES BARKELEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3699
Fax: (907) 271-1500
Email: jim.barkeley@usdoj.gov
Alaska Bar No. 8306019

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing NOTICE OF RELATED CASE was served via Certified U.S. Mail, Return Receipt Requested, this 18th day of May, 2006, on:

| | |
|---|---|
| LINDA D. RONAN<br>205 E. Dimond Blvd., #439<br>Anchorage, AK 99515-1909 | CHARLES B. RONAN<br>205 E. Dimond Blvd., #439<br>Anchorage, AK 99515-1909 |
| KEVIN McCOY  (counsel for James Kirk Short)<br>Office of the Federal Public Defender<br>550 W. 7th Avenue, Suite 1600<br>Anchorage, AK 99501 | CHRISTINA L. OSNESS<br>1545 S. Hoyt Street<br>Anchorage, AK 99508 |
| SHON WAYNE DOZARK<br>5606 Tonga Street<br>Anchorage, AK 99517 | RONALD McCORMICK<br>5606 Tonga Street<br>Anchorage, AK 99517 |
| VIRGINIA FULLER<br>5606 Tonga Street<br>Anchorage, AK 99517 | JASON CLEMENTS<br>6121 West Arconautical<br>Wasilla, AK |

s/James Barkeley