DEBORAH M. SMITH
Acting United States Attorney

JAMES BARKELEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3699
Fax: (907) 271-1500
Email: jim.barkeley@usdoj.gov
Alaska Bar No. 8306019

Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. |
| | ) | |
| Plaintiff, | ) | **APPLICATION FOR WRIT OF** |
| | ) | **ENTRY FOR INSPECTION** |
| v. | ) | |
| | ) | |
| 8117 SPRING STREET, | ) | |
| ANCHORAGE, ALASKA; AND | ) | |
| 6500 ROCKRIDGE DRIVE, | ) | |
| ANCHORAGE, ALASKA, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

COMES NOW plaintiff United States of America, by and through counsel, and hereby moves this Court for an order permitting entry upon and inspection of the following two parcels of real property ("Defendant property"), described in the Verified Complaint for Forfeiture in this case:

1. All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments, and easements, located at 8117 SPRING STREET, Anchorage, Alaska 99518, more particularly described as Lot West ½ of Lot 7, Block 3, Van's Subdivision, according to the official plat thereof, filed under Plat Number P-231-A, Records of the Anchorage Recording District, Third Judicial District, State of Alaska; and

2. All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments, and easements, located at 6500 ROCKRIDGE DRIVE, Anchorage, Alaska 99516, more particularly described as Lot 2A, Block 1, Dafoe Subdivision, according to the official plat thereof, filed under Plat Number 74-114, Records of the Anchorage Recording District, Third Judicial District, State of Alaska.

By this Application, the United States is not seeking authorization to seize or arrest the property, but only to enter the property to conduct an inspection and any necessary inventory of the property, including personalty and fixtures, and thereafter to conduct periodic inspections of the properties' interior and exterior as is necessary to maintain, protect, and preserve the property pending the outcome of the litigation in this case. 18 U.S.C. § 985(b)(2). The writ of entry applied for is much more limited in scope than the alternative available by statute: warrant of arrest <u>in rem</u>, <u>see</u> 18 U.S.C. § 985(d).

Members of the United States Marshals Service have been instructed that the writ of entry, if granted, is not an arrest warrant, a search warrant, or a seizure warrant for the Defendant real property. They have further been advised that they are not to participate in any searches or seizures involving criminal evidence, unless those activities are duly supported by a warrant independent of the writ of entry. The sole purpose of the writ is to conduct a physical inspection of the Defendant property in order to assess it for forfeiture

purposes, as the U.S. Marshals Service, or its contractor, would eventually become the custodian responsible for the Defendant property.

DATED this 18th day of May, 2006 in Anchorage, Alaska.

>DEBORAH M. SMITH
>Acting United States Attorney
>
>s/James Barkeley
>JAMES BARKELEY
>Assistant U.S. Attorney
>222 W. 7th Avenue, #9, Room 253
>Anchorage, AK 99513-7567
>Phone: (907) 271-3699
>Fax: (907) 271-1500
>Email: jim.barkeley@usdoj.gov
>Alaska Bar No. 8306019

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing APPLICATION FOR WRIT OF ENTRY FOR INSPECTION and proposed WRIT OF ENTRY were served via Certified U.S. Mail, Return Receipt Requested, this 18th day of May, 2006, on:

| | |
|---|---|
| LINDA D. RONAN<br>205 E. Dimond Blvd., #439<br>Anchorage, AK 99515-1909 | CHARLES B. RONAN<br>205 E. Dimond Blvd., #439<br>Anchorage, AK 99515-1909 |
| KEVIN McCOY  (counsel for James Kirk Short)<br>Office of the Federal Public Defender<br>550 W. 7th Avenue, Suite 1600<br>Anchorage, AK 99501 | CHRISTINA L. OSNESS<br>1545 S. Hoyt Street<br>Anchorage, AK 99508 |
| SHON WAYNE DOZARK<br>5606 Tonga Street<br>Anchorage, AK 99517 | RONALD McCORMICK<br>5606 Tonga Street<br>Anchorage, AK 99517 |
| VIRGINIA FULLER<br>5606 Tonga Street<br>Anchorage, AK 99517 | JASON CLEMENTS<br>6121 West Arconautical<br>Wasilla, AK |

s/James Barkeley