# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

<u>UNITED STATES OF AMERICA</u>   v.   <u>8117 SPRING STREET, et al</u>

THE HONORABLE RALPH R. BEISTLINE

<small>DEPUTY CLERK</small>                                              CASE NO.  <u>3:06-cv-00116-RRB</u>

<u>CAROLYN BOLLMAN</u>

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**        DATE: May 19, 2006

---

The above-referenced case is referred to Magistrate Judge for disposition or findings and recommendations as appropriate pursuant to D.Ak.LMR 4:

|     |     |     |
| --- | --- | --- |
| __  | (1) | Administrative Inspection warrants; |
| __  | (2) | Matters relating to nonpayment of seaman's wages; |
| __  | (3) | Habeas Corpus petitions initiated under 28 U.S.C. § 2254; |
| __  | (4) | Motions Attacking Sentence under 28 U.S.C. § 2255; |
| __  | (5) | Preferred ship mortgage foreclosures; |
| _X_ | (6) | Matters relating to the arrest, seizure or release of vessels and other property under the Supplemental Rules for Certain Admiralty and Maritime Claims; |
| __  | (7) | Matters relating to the enforcement of administrative subpoenas. |

Revised 4/7/06