IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| United States of America, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| 8117 Spring Street, Anchorage, Alaska; | ) |
| AND 6500 Rockridge Drive, Anchorage, | ) |
| Alaska, | ) |
| | ) |
| Defendant. | ) |
| | ) Case No. 3:06-CV-00116 (RRB) |

## ENTRY OF APPEARANCE

Comes now, Robert M. Herz, of the Law Offices of Robert Herz, P.C. and hereby enters his appearance on behalf of Charles Ronan in the above captioned matter. All Further pleadings and correspondence should be served on:

Robert M. Herz
425 G. Street, Suite 600
Anchorage, Alaska 99501

DATED at Anchorage, Alaska, this 14th day of June 2006.

THE LAW OFFICES OF ROBERT HERZ, PC

s/ Robert M. Herz
425 G. Street, Suite 600
Anchorage, Alaska 99501
Phone 907-277-7171
Fax 907-277-0281
rmherz@gci.net
AK Bar No. 8706023

---

**CERTIFICATE OF SERVICE**
I hereby certify that on June 14, 2006, a copy of the foregoing EOP was served electronically on Assistant United States Attorney's Office
s/ Robert Herz

Law Offices of Robert Herz, P.C.
425 G Street, Suite 600 • Anchorage, AK 99501
Phone 907-277-7171 • Fax 907-277-0281
E-mail rmherz@gci.net