IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| 8117 Spring Street, Anchorage, Alaska; | ) | |
| AND 6500 Rockridge Drive, Anchorage, | ) | |
| Alaska, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | Case No. 3:06-CV-00116 (RRB) |

**CLAIM**

The undersigned hereby makes claim to the following listed item, which is the subject matter of Verified Complaint for Forfeiture filed by United States Department of Justice. The undersigned hereby claims that she is the owner of all or part of, and/or has a possessory interest in, and/or the right to exercise dominion and control over, said property. All documentary evidence of the undersigned's interest in said property is unavailable to claimant at the present time. This claim is not frivolous.

> Lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments, and easements located at 8117 Spring Street, Anchorage, Alaska 99518, more particularly described as Lot West, ½ of Lot 7, Block 3, Van's Subdivision, according to the official plat thereof, filed under Plat Number P-231-A.

Dated:   6-16-06

_Linda D Ronan_
Linda Ronan

Law Offices of Robert Herz, P.C.
425 G Street, Suite 600 • Anchorage, AK 99501
Phone 907-277-7171 • Fax 907-277-0281
E-mail rmherz@gci.net

Claim – 6500 Rockrideg Drive (Charles Ronan)
Page 1 of 1

## VERIFICATION

The undersigned declares under penalty of perjury that she is a claimant in the above-entitled matter, that she has read the foregoing Claim, that she knows the contents thereof, and that the same is true of his own knowledge.

Dated:  _6-16-06_                    _Linda O Ronan_ (signature)
                                              Linda Ronan


DATED at Anchorage, Alaska, this 16th day of June 2006.

THE LAW OFFICES OF ROBERT HERZ, PC

s/ Robert M. Herz
425 G. Street, Suite 600
Anchorage, Alaska 99501
Phone 907-277-7171
Fax 907-277-0281
rmherz@gci.net
AK Bar No. 8706023

Law Offices of Robert Herz, P.C.
425 G Street, Suite 600 • Anchorage, AK 99501
Phone 907-277-7171 • Fax 907-277-0281
E-mail rmherz@gci.net

**CERTIFICATE OF SERVICE**
I hereby certify that on June 16, 2006, a copy of the foregoing Claim was served electronically on Assistant United States Attorney's Office
s/ Robert Herz