Robert M. Herz
Law Offices of Robert Herz, P.C.
425 G. Street, Suite 600
Anchorage, Alaska 99501
907-277-7171 Phone
907-277-0281 Facsimile

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| United States of America,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>8117 Spring Street, Anchorage, Alaska;<br>AND 6500 Rockridge Drive, Anchorage,<br>Alaska,<br><br>　　　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:06-CV-00116 (RRB) |

**DEFENDANT'S ANSWER TO VERIFIED COMPLAINT FOR FORFEITURE**

Comes now, Defendant Linda Ronan, individually and on behalf of 6500 Rockridge Drive, in the above-captioned matter by and through its attorney, Robert M. Herz, of the Law Offices of Robert Herz, P.C. and hereby answers the Verified Complaint for Forfeiture as follows:

　　I.　　Defendant denies that she used or intended to use the properties that are the subject matter of the complaint in this action in any manner or part to commit or to facilitate the commission of a violation of 21 U.S.C. § 841 et. seq. The remainder of the allegation does not appear to require a response.

　　II.　　Admit.

　　III.　　Admit.

　　IV.　　Defendant admits she is the record owner of the property. The remainder of the allegation does not appear to require a response, except however, that 18 U.S.C. §

985(b)(1) and (c)(1) do not provide for, or otherwise authorize the execution of a writ of entry for purposes of conducting an inspection and inventory of the Defendant property, or provide for, or otherwise authorize the filing of a lis pendens in the Anchorage Recording Office for the defendant property. The only mention in 18 U.S.C. § 985 of writ of entry and lis pendens appears in § (b)(2) and is limited to a declaration that an entry of inspection and the filing of lis pendens shall not constitute a seizure under this statutory subsection.

    V.    There does not appear to be an allegation designated as "V".

    VI.    1. Denied and Objection to relief sought. In particular 18 U.S.C. § 985 (b)(2) does not authorize the relief sought in this paragraph. Moreover, defendant asserts that 18 U.S.C. § 983 (j) vests discretion with the court to provide the relief sought by the government, such relief is not mandatory or of right simply because the government requests it. Defendant objects to the relief sought because the relief sought is in the form of a restraining order or injunction, and upon filing of an complaint, should be granted only if the government demonstrates that failure to enter the order will result in the property being destroyed or otherwise made unavailable for forfeiture; and that therefore the government's application for a Writ of Entry should be denied, and that without more or a factual showing, the requests made in VI.A. –D should be DENIED, and that as to B. in particular 19 U.S.C. § 1606 does not provide or authorize the relief requested.

    2. Denied and Object to the relief requested.

    3. Denied and Object to the relief requested.

    4. Denied and Object to the relief requested.

    VII.    Denied as to the allegation that the defendant used or intended that the property be used, in any manner or part to commit or to facilitate the commission of a violation of 21 U.S.C. § 841 et seq. and therefore,

Law Offices of Robert Herz, P.C.
425 G Street, Suite 600 • Anchorage, AK 99501
Phone 907-277-7171 • Fax 907-277-0281
E-mail rmherz@gci.net

1. Defendant denies and objects to the relief requested that a Warrant In Rem issue for the arrest of the above described properties.

2. Does not appear to require a response.

3. Defendant denies and objects to the relief requested.

4. Defendant denies and objects to the relief requested.

### Defenses and Relief Requested

VIII.   Pursuant to 18 U.S.C. § 983(d)(2)(A) and (B) defendant asserts that she is an innocent owner and that she did not know of the conduct giving rise to the forfeiture or that upon learning of the conduct giving rise to the forfeiture did all that reasonably could be expected under the circumstances to terminate such use of the property, to the extent permitted by law; and/or defendant reasonably believed that taking such steps as described in (d)(B)(i)(I) and (II) would have been likely to subject a person to physical danger.

IX.   If the court determines that defendant has a partial interest, joint tenancy, or tenancy by the entirety in a property otherwise subject to forfeiture, defendant requests the court enter an order, pursuant to 18 U.S.C. § 983(d)(5), severing the property; or permitting the innocent owner defendant to retain the property subject to a lien in favor of the government to the extent of the forfeitable interest in the property.

X.   Defendant asserts and petitions the court, pursuant to 18 U.S.C. § 983(g) and the United States Constitution eighth amendment that forfeiture in this case is excessive; that in comparing the financial cost and impact of the forfeiture to the gravity of the offense giving rise to the forfeiture, the forfeiture in this matter is excessive and grossly disproportional; and that the court should reduce and/or eliminate the forfeiture to avoid imposing an excessive fine on defendant.

XI.   Defendant reserves the right to amend this answer to assert other defenses or claims as they may become apparent and as discovery proceeds.

Law Offices of Robert Herz, P.C.
425 G Street, Suite 600 • Anchorage, AK 99501
Phone 907-277-7171 • Fax 907-277-0281
E-mail rmherz@gci.net

XII. Wherefore, Defendant prays that: the plaintiff's complaint is dismissed with Prejudice; that the court grant such other relief as this court may deem just and proper under the circumstances, and that the court award defendant full attorney fees as may be allowed by law, or if not, reasonable attorney fees; and reimbursement of all costs incurred by defendant in defending this action.

DATED at Anchorage, Alaska this 7th day of July 2006.

THE LAW OFFICES OF ROBERT HERZ, PC

s/ Robert M. Herz
425 G. Street, Suite 600
Anchorage, Alaska 99501
Phone 907-277-7171
Fax 907-277-0281
rmherz@gci.net
AK Bar No. 8706023

Law Offices of Robert Herz, P.C.
425 G Street, Suite 600 • Anchorage, AK 99501
Phone 907-277-7171 • Fax 907-277-0281
E-mail rmherz@gci.net

**CERTIFICATE OF SERVICE**
I hereby certify that on July 7th, 2006, a copy of the foregoing Answer to Verified Complaint for Forfeiture was served electronically on Assistant United States Attorney
s/ Robert Herz