# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| USA | 3:06-CV-116-RRB |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| 8117 Spring St, Anchorage, AK & 6500 Rockridge Dr, Anchorage, AK | Personal Service |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: SHON WAYNE DOZARK

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code):

SEND NOTICE:
KATIE VOKE
United States Attorney's Office
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567

- Number of process to be served with this Form - 285
- Number of parties to be served in this case
- Check for service on U.S.A.

**SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE** *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*

Please serve the attached Notice of forfeiture on the above-referenced individual via U.S. Certified Mail, Return Receipt Requested.

Signature of Attorney or other Originator requesting service on behalf of: Katie Voke
☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: (907) 271-2304
DATE: 6/13/06

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 6 | No. 6 | Cordau Edwards | 8/17/06 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

Name and title of individual served *(if not shown above)*:

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address *(complete only if different than shown above)*:

Date of Service: 8/21/06
Time: am/pm

Signature of U.S. Marshal or Deputy: Cordau Edwards

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $8.00 | $4.77 *cert mail* | | $12.77 | | $12.77 | |

REMARKS: Sent certified mail return receipt on 8/18/06, # 7001 2510 0002 1407 5331. Signed for on 8/21/06. Returned to Court & USAO on 8/28/06.

**PRIOR EDITIONS MAY BE USED** — **1. CLERK OF THE COURT** — FORM USM-285 (Rev. 12/15/80)



NOTICE OF:

**UNITED STATES OF AMERICA v. 8117 SPRING STREET, ANCHORAGE, ALASKA, & 6500 ROCKRIDGE DRIVE, ANCHORAGE, ALASKA**
Case No. 3:06-cv-00116-RRB

To all interested persons in the above-styled case, notice is hereby given that on May 18, 2006, the United States of America filed an action pursuant to 21 U.S.C. § 881(a)(7) and 18 U.S.C. § 985 and 28 U.S.C. §§ 1345 and 1355, for the forfeiture of the following real property:

1. All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments, and easements, located at 8117 SPRING STREET, Anchorage, Alaska 99518, more particularly described as Lot West ½ of Lot 7, Block 3, Van's Subdivision, according to the official plat thereof, filed under Plat Number P-231-A, Records of the Anchorage Recording District, Third Judicial District, State of Alaska; and

2. All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments, and easements, located at 6500 ROCKRIDGE DRIVE, Anchorage, Alaska 99516, more particularly described as Lot 2A, Block 1, Dafoe Subdivision, according to the official plat thereof, filed under Plat Number 74-114, Records of the Anchorage Recording District, Third Judicial District, State of Alaska.

Pursuant to 18 U.S.C. § 983(a)(4), all persons claiming an interest in this property must file a claim asserting such interest in the manner set forth in the Supplemental Rule C for Certain Admiralty and Maritime Claims, not later than 30 days after the final publication of this notice, or service of the Government's complaint for forfeiture, whichever is earlier. The claim shall identify the interest or right in the property and be signed by the claimant under penalty of perjury. All persons asserting an interest in the property shall also file an answer to the Government's complaint not later than 20 days after the date of the filing of the claim.

All such claims and answers must be filed with the Office of the Clerk, United States District Court, 222 W. 7th Avenue, Box 4, Room 229, Anchorage, AK 99513-7564, with a copy thereof sent to Assistant U.S. Attorney, James Barkeley, at 222 W. 7th Avenue, #9, Room 253, Anchorage, AK 99513-7567.