**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| USA | 3:06-CV-116-RRB |
| DEFENDANT 8117 Spring Street, Anchorage, AK & 6500 Rockridge Dr., Anchorage, AK | TYPE OF PROCESS Execute Writ |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Real property located at:

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
8117 Spring Street, Anchorage, AK &
6500 Rockridge Drive, Anchorage, AK

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Katie Voke
U.S. Attorney's Office
222 W. 7th Ave. #9, Rm. 253
Anchorage, AK 99513-7567

RECEIVED
OCT 03 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Number of process to be served with this Form - 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Please execute attached Writ of Entry for Inspection on the above-referenced real property.

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
Katie Voke
TELEPHONE NUMBER: (907) 271-2304
DATE: 6/13/06

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 06 | District to Serve No. 06 | Signature of Authorized USMS Deputy or Clerk | Date 9/5/06 |
|---|---|---|---|---|---|
| | 1 | | | | |

☒ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 9/5/06   Time: 10:00 ☒ am ☐ pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $45.00 | | | | | $45.00 | |

REMARKS:

**PRIOR EDITIONS MAY BE USED**   **1. CLERK OF THE COURT**   FORM USM-285 (Rev. 12/15/80)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. |
| | ) | |
| Plaintiff, | ) | **WRIT OF ENTRY FOR** |
| | ) | **INSPECTION** |
| v. | ) | |
| | ) | |
| 8117 SPRING STREET, | ) | |
| ANCHORAGE, ALASKA; AND | ) | |
| 6500 ROCKRIDGE DRIVE, | ) | |
| ANCHORAGE, ALASKA, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

WHEREAS the two parcels of real property ("Defendant property") were civilly charged (Docket 1) and are subject to forfeiture under federal law;

AND WHEREAS the United States has applied for an order permitting entry into said property for physical and structural inspection and for periodic inspections of the property by the United States Marshal, or his deputies, as custodian of the same, and good cause appearing in the United States' Application in this matter,

IT IS THEREFORE ORDERED that the United States Marshal, or his deputies, may enter the Defendant property to conduct reasonable and necessary structural and physical inspections at reasonable times (between 6:00 a.m. and 10:00 p.m.). Prior to any entry of the property, the United States Marshal shall advise any occupant present on the premises that a Complaint for Forfeiture has been filed alleging that the property is subject to forfeiture and of the issuance of this Writ permitting the United States Marshal to enter the premises for the

purpose of conducting an inspection and any necessary inventory of the property. The United States Marshal shall further advise any person residing on the premises of the terms and conditions of any occupant agreement which the government may eventually require. In conducting the inspection, the United States Marshal may inspect the premises and take photographs or videotape recordings of both the interior and exterior of the property.

IT IS FURTHER ORDERED that the United States Marshal, or his deputies, shall thereafter conduct periodic inspections of the Defendant properties' interior and exterior at reasonable times (between 6:00 a.m. and 10:00 p.m.), as is necessary to maintain and preserve the property.

Dated at Anchorage, Alaska, May 22, 2006.

/s/ John D. Roberts
JOHN D. ROBERTS
U.S. Magistrate Judge