# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
**United States Marshals Service**

See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| USA | 3:06-CV-116-RRB |
| DEFENDANT | TYPE OF PROCESS |
| 8117 Spring Street, et al. | Record Lis Pendens |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
ANCHORAGE RECORDING OFFICE

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
550 W. 7th Ave., Ste. 1200, Anchorage, AK 99501

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Katie Voke
U.S. Attorney's Office
222 W. 7th Ave. #9, Rm. 253
Anchorage, AK 99513-7567

Number of process to be served with this Form:
Number of parties to be served in this case:
Check for service on U.S.A.

RECEIVED JAN 30 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Please Record Attached Lis Pendens (2), one for each parcel of property, in the above-referenced Anchorage Recording Office. Please have originals returned to me.

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
Katie Voke
TELEPHONE NUMBER: (907) 271-2304
DATE: 6/1/06

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 06 | No. 06 | Candra Eddie | 8/06 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service | Time | am/pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

**REMARKS:**
Recorded in the Anchorage Recording District on 9/11/06. Returned to Court on 10/30/07.

**PRIOR EDITIONS MAY BE USED** — 1. CLERK OF THE COURT — FORM USM-285 (Rev. 12/15/80)



ALASKA

2006-061614-0
Recording Dist: 301 - Anchorage
9/11/2006 11:33 AM Pages: 1 of 2

DEBORAH M. SMITH
Acting United States Attorney

JAMES BARKELEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3699
Fax: (907) 271-1500
Email: jim.barkeley@usdoj.gov
Alaska Bar No. 8306019

CC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:06-cv-00116-RRB |
| | ) | |
| Plaintiff, | ) | **LIS PENDENS** |
| | ) | |
| v. | ) | |
| | ) | |
| 8117 SPRING STREET, | ) | |
| ANCHORAGE, ALASKA; AND | ) | |
| 6500 ROCKRIDGE DRIVE, | ) | |
| ANCHORAGE, ALASKA, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Notice is hereby given of the pendency of a civil asset forfeiture case filed by the United States Attorney's Office alleging that the following real property is subject to civil forfeiture under federal law, pursuant to 21 U.S.C. § 881(a)(7) and 18 U.S.C. § 985, filed with the Clerk of the United States District Court for the District of Alaska:

1. All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments, and easements, located at 8117 SPRING STREET, Anchorage, Alaska 99518, more particularly described as Lot West ½ of Lot 7, Block 3, Van's Subdivision, according to the official plat thereof, filed under Plat Number P-231-A, Records of the Anchorage Recording District, Third Judicial District, State of Alaska; and

2.  All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments, and easements, located at 6500 ROCKRIDGE DRIVE, Anchorage, Alaska 99516, more particularly described as Lot 2A, Block 1, Dafoe Subdivision, according to the official plat thereof, filed under Plat Number 74-114, Records of the Anchorage Recording District, Third Judicial District, State of Alaska.

The titleholder of record to the real property located at 8117 Spring Street is Linda D. Ronan. The titleholder of record to the real property located at 6500 Rockridge Drive are Charles B. Ronan and Linda D. Ronan. They acquired title to the property via Quitclaim Deed dated November 13, 2001 from Linda D. Ronan. Title was recorded on November 14, 2001 in the Anchorage Recording District, Instrument Number 2001-076763-0.

Take notice that pursuant to 21 U.S.C. § 853(j), including 21 U.S.C. § 881(h), all right and title and interest in the above-referenced property vests in the United States at the time of the commission of the unlawful act giving rise to forfeiture, to wit: property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, a violation of 21 U.S.C. §§ 841, et seq., and is therefore subject to civil forfeiture to the United States of America pursuant to 21 U.S.C. § 881(a)(7).

For further information concerning this action, reference may be made to the Clerk of Court for the United States District Court for the District of Alaska, at Anchorage, Alaska.

SUBMITTED this 18th day of May, 2006 in Anchorage, Alaska.

DEBORAH M. SMITH
Acting United States Attorney

Please Return Original To:
KATIE VOKE
United States Attorney's Office
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567

JAMES BARKELEY
Assistant U.S. Attorney



2 of 2
2006-061614-0