UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA
v.
8117 SPRING STREET, ANCHORAGE, ALASKA, et al

THE HONORABLE RALPH R. BEISTLINE

DEPUTY CLERK                                CASE NO.  3:06-cv-00116-RRB

 CAROLYN BOLLMAN 

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**   DATE: February 26, 2008

      There has been no activity in the case since January 30, 2007.  Counsel for plaintiff shall file a Status Report due March 10, 2008.

[Carolyns status report order.wpd]{IA.WPD*Rev.12/96}