NELSON P. COHEN
United States Attorney

JAMES BARKELEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3699
Fax: (907) 271-6011
Email: jim.barkeley@usdoj.gov
Alaska Bar No. 8306019

Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:06-cv-116-RRB |
| | ) | |
| Plaintiff, | ) | **STATUS REPORT** |
| | ) | |
| v. | ) | |
| | ) | |
| 8117 SPRING STREET, ANCHORAGE, ALASKA; AND 6500 ROCKRIDGE DRIVE, ANCHORAGE, ALASKA, | ) ) ) ) | |
| | ) | |
| Defendants. | ) ) | |

COMES NOW plaintiff United States of America, by and through counsel, and hereby files this status report pursuant to the Order at docket 27. In the government's estimation, the only significant discovery need involves taking the depositions of the property owners and one government witness who is the subject of an ongoing criminal investigation. In an effort to make progress, the government has redoubled its efforts to schedule the property

owner depositions with opposing counsel, Robert Herz. Mr. Herz is aware of the government's desire to take the depositions no later than May 2008; Mr. Herz is consulting with the owners and will be advising the government shortly as to when in May the depositions will be taken.

DATED this 10th day of March, 2008, in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/James Barkeley
JAMES BARKELEY
Assistant U.S. Attorney
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3699
Fax: (907) 271-6011
Email: jim.barkeley@usdoj.gov
Alaska Bar No. 8306019

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing
STATUS REPORT was served electronically or U.S. Mail,
as designated, this 10th day of March, 2008, on:

ROBERT HERZ, Counsel for Linda D. Ronan & Charles B. Ronan  (electronically)

KEVIN McCOY, Counsel for James Kirk Short  (electronically)

CHRISTINA L. OSNESS  (U.S. Mail)
1545 S. Hoyt Street
Anchorage, AK 99508

SHON WAYNE DOZARK  (U.S. Mail)
5606 Tonga Street
Anchorage, AK 99517

RONALD McCORMICK  (U.S. Mail)
5606 Tonga Street
Anchorage, AK 99517

VIRGINIA FULLER  (U.S. Mail)
5606 Tonga Street
Anchorage, AK 99517

JASON CLEMENTS  (U.S. Mail)
6121 West Arconautical
Wasilla, AK

s/James Barkeley