# Law Offices of Robert Herz. P.C.
425 G Street, Suite 600
Anchorage, Alaska 99501
Phone: (907) 277-7171  Fax: (907) 277-0281

May 6, 2008

Nelson Cohen
United States Attorney
222 W. 7th Ave., #9, Room 253
Anchorage, Alaska 99513

RE:  United States of America vs. 8117 Spring Street, Anchorage, Alaska
     United States of America vs. 6500 Rockridge Drive, Anchorage, Alaska
     Case No. 3:06-CV-00116 (RRB)

Dear Mr. Cohen:

I represent Linda and Charles Ronan in the above entitled forfeiture actions being prosecuted by the United States. Depositions of my clients are scheduled for May 21, 2008. I am writing in advance of this date to determine if my clients are suspects in, persons of interest in, or targets of any law enforcement investigation by any federal, state or local law enforcement agency as it may relate to or arise from any facts, incidents, issues or claims raised in the above entitled actions. My clients intend to invoke their rights pursuant to the fifth amendment until a clear and unequivocal determination of this issue is made in writing by your office. Under appropriate circumstances, my clients may seek to stay the above civil actions until such investigations or criminal charges, if any, are resolved. I look forward to hearing from you on this matter is the near future.

Sincerely,

Robert Herz

cc: James Barkeley

**Exhibit C**