

U.S. Department    Justice

United States Attorney
District of Alaska

Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, Alaska 99513-7567

Commercial: (907) 271-5071
Fax Number: (907) 271-3224

SENT VIA FAX & CERTIFIED MAIL

May 14, 2008

Robert Herz
425 G Street, Suite 600
Anchorage, AK 99501
(907) 277-0281



Dear Mr. Herz:

I am in receipt of your letter May 6, which did not arrive until May 12. Unfortunately, a "clear and unequivocal determination" is not forthcoming. That being said, I do understand that you may instruct your clients to invoke the fifth amendment at some point(s) during their depositions. In the meantime, I look forward to meeting your clients and seeing you on May 21, at 9:00a.m. at our offices.

Sincerely,

NELSON P. COHEN
United States Attorney

JAMES BARKELEY
Assistant U.S. Attorney

**Exhibit D**