NELSON P. COHEN
United States Attorney

JAMES BARKELEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513
Phone: (907) 271-5071
Fax: (907) 271-2344



NOTICE of taking the deposition of:
**LINDA RONAN, CHARLES RONAN, & RONALD MCCORMICK**

Case: <u>U.S. v. 8117 Spring Street & 6500 Rockridge Drive</u>, 3:06-cv-00116-RRB

The above named attorney will take the deposition as follows:

PERSON TO BE DEPOSED:     **LINDA RONAN**
DATE: May 21, 2008
TIME: 9:00 a.m.
PLACE OF DEPOSITION:   U.S. Attorney's Office
                      Large Civil Conference Room
                      222 W. 7th Ave., Room 253,
                      Anchorage, AK 99513
TELEPHONE NO. (907) 271-5071

The Deposition, under oath, will be recorded by stenography and by tape recording, by R& R COURT REPORTERS. The oral examination will continue from day to day until completed.

NELSON P. COHEN
United States Attorney

JAMES BARKELEY
Assistant U.S. Attorney

I declare under penalty of perjury that a true and correct copy
of the foregoing Notice was sent to the following on
April 11, 2008, via fax and mail to:

Robert M. Herz
425 G Street, Suite 600
Anchorage, AK 99501
Fax: (907) 277-0281

Executed at Anchorage, Alaska, on April 11, 2008.

_____
Office of the U.S. Attorney

**Exhibit B**

NELSON P. COHEN
United States Attorney

JAMES BARKELEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513
Phone: (907) 271-5071
Fax: (907) 271-2344



NOTICE of taking the deposition of:
LINDA RONAN, CHARLES RONAN, & RONALD MCCORMICK

Case: U.S. v. 8117 Spring Street & 6500 Rockridge Drive, 3:06-cv-00116-RRB

The above named attorney will take the deposition as follows:

PERSON TO BE DEPOSED:     **CHARLES RONAN**
DATE: May 21, 2008
TIME: 9:00 a.m.
PLACE OF DEPOSITION:   U.S. Attorney's Office
                       Large Civil Conference Room
                       222 W. 7th Ave., Room 253,
                       Anchorage, AK 99513
TELEPHONE NO.  (907) 271-5071

The Deposition, under oath, will be recorded by stenography and by tape recording, by R& R COURT REPORTERS. The oral examination will continue from day to day until completed.

NELSON P. COHEN
United States Attorney

JAMES BARKELEY
Assistant U.S. Attorney

I declare under penalty of perjury that a true and correct copy
of the foregoing Notice was sent to the following on
April 11, 2008, via fax and mail to:

Robert M. Herz
425 G Street, Suite 600
Anchorage, AK 99501
Fax: (907) 277-0281

Executed at Anchorage, Alaska, on April 11, 2008.

_____
Office of the U.S. Attorney