IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| United States of America, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| 8117 Spring Street, Anchorage, Alaska; AND 6500 Rockridge Drive, Anchorage, Alaska, | ) ) ) ) |
| | ) |
| Defendant. | ) |

Case No. 3:06-CV-00116 (RRB)

## MOTION ON SHORTENED TIME TO QUASH TAKING OF DEPOSITION

Comes now, claimnant Linda Ronan, by and through counsel Robert M. Herz, of the Law Offices of Robert Herz, P.C. and hereby moves on shortened time for an order quashing the taking of Ms. Ronan's deposition now scheduled for Wednesday, May 21, 2008 at 9:00 a.m. until such time as this court has considered Ms. Ronan's Motion for Stay. See Docket at 29.

DATED at Anchorage, Alaska, this 20th day of May 2008.

THE LAW OFFICES OF ROBERT HERZ, PC

s/ Robert M. Herz
425 G. Street, Suite 600
Anchorage, Alaska 99501
Phone 907-277-7171
Fax 907-277-0281
rmherz@gci.net
AK Bar No. 8706023

**CERTIFICATE OF SERVICE**
I hereby certify that on May 20, 2008, a copy of the foregoing Motion to Quash was served electronically on Assistant United States Attorney's Office   s/ Robert Herz

Law Offices of Robert Herz, P.C.
425 G Street, Suite 600 • Anchorage, AK 99501
Phone 907-277-7171 • Fax 907-277-0281
E-mail rmherz@gci.net