IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| United States of America,<br><br>                    Plaintiff,<br><br>vs.<br><br>8117 Spring Street, Anchorage, Alaska;<br>AND 6500 Rockridge Drive, Anchorage,<br>Alaska,<br><br>                    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:06-CV-00116 (RRB) |

## NOTICE OF SUBMISSION IN SUPPORT OF DOCKET 29 AND 30

Comes now, Linda and Charles Ronan, by and through attorney Robert M. Herz, of the Law Offices of Robert Herz, P.C. and hereby files a notice of Submission in support of Doc. 29 and 30. Counsel inadvertently attached as Exhibit A the incorrect document. The correct Exhibit A, Affidavit of Kurt Kornchuk, is attached herewith.

DATED at Anchorage, Alaska, this 21st day of May 2008

THE LAW OFFICES OF ROBERT HERZ, PC

s/ Robert M. Herz
425 G. Street, Suite 600
Anchorage, Alaska 99501
Phone 907-277-7171
Fax 907-277-0281
rmherz@gci.net
AK Bar No. 8706023

Law Offices of Robert Herz, P.C.
425 G Street, Suite 600 • Anchorage, AK 99501
Phone 907-277-7171 • Fax 907-277-0281
E-mail rmherz@gci.net

---

**CERTIFICATE OF SERVICE**
I hereby certify that on May 21, 2008, a copy of the foregoing Notice of Submission was served electronically on Assistant United States Attorney's Office    s/ Robert Herz