IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| United States of America, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| 8117 Spring Street, Anchorage, Alaska; AND 6500 Rockridge Drive, Anchorage, Alaska, | ) ) ) ) |
| Defendant. | ) |
| | ) Case No. 3:06-CV-00116 (RRB) |

## NOTICE OF ERRATA

Comes now, Linda and Charles Ronan, by and through attorney Robert M. Herz, of the Law Offices of Robert Herz, P.C. and hereby files a notice of errata. The following inadvertent errors appear on the last page of the memorandum filed with the motion for stay in the above entitled case: 1) the date associated with counsel's signature is incorrect; 2) the date associated wit the certificate of service is incorrect; 3) the title of the motion in the certificate of service is incorrect and 4) the certificate of service itself is visually blocking text of a foot note. A corrected last page of the memorandum is attached herewith.

DATED at Anchorage, Alaska, this 21st day of May 2008

THE LAW OFFICES OF ROBERT HERZ, PC

s/ Robert M. Herz
425 G. Street, Suite 600
Anchorage, Alaska 99501
Phone 907-277-7171
Fax 907-277-0281
rmherz@gci.net
AK Bar No. 8706023

Law Offices of Robert Herz, P.C.
425 G Street, Suite 600 • Anchorage, AK 99501
Phone 907-277-7171 • Fax 907-277-0281
E-mail rmherz@gci.net

**CERTIFICATE OF SERVICE**
I hereby certify that on May 21, 2008, a copy of the foregoing Notice of Errata was served electronically on Assistant United States Attorney's Office    s/ Robert Herz