putative right to the forfeiture or money judgment, the government's interest is not likely to be substantially prejudiced by the delay in this case. See, U.S. v. All Assets of Statewide Auto Parts, Inc. 971 F.2d 896, 905 (2d Cir. 1992)(in light of fifth amendment issues and absent extraordinary circumstances court should grant stay).

The government can always compel testimony by granting a witness immunity in any subsequent prosecution against the use of his testimony or any evidence derived from it. Pillsbury Co. v. Conboy, 459 U.S. 248, 103 S.Ct. 608, 74 L.Ed.2d 430 (1983); Kastigar v. U.S., 406 U.S. 441, 92 S.Ct. 1653, 32 L.Ed.2d 212 (1972). Undoubtedly the government is aware that the grant of use immunity pursuant to 18 U.S.C. §6002 is an effective response to a claimnant's invocation of the privilege in a civil forfeiture case whenever the government has no real interest in prosecuting the claimnant.[1] However, until the risk of incrimination is passed, the claimnants will refuse to answer any questions and will invoke the privilege. Under the circumstances, this court must stay these proceedings.

DATED at Anchorage, Alaska, this 20th day of May 2008.

THE LAW OFFICES OF ROBERT HERZ, PC

s/ Robert M. Herz
425 G. Street, Suite 600
Anchorage, Alaska 99501
Phone 907-277-7171
Fax 907-277-0281
rmherz@gci.net
AK Bar No. 8706023

---

Certificate of Service
I hereby certify that on May 20, 2008, a copy of the Motion for Stay was electronically served on Assistant United States Attorney's Office. s/Robert Herz

---

[1] There could be a number of reasons why the prosecution would not prosecute including the claimnant's involvement in the criminal activity may be so minimal as not to warrant prosecution or there may be insufficient evidence to prosecute and no realistic prospect of obtaining a conviction. The government may find it advisable to grant use immunity to avoid a fifth amendment privilege issue where the government desires to avoid a stay until the risk of incrimination has passed. See, U.S. v. U.S. Currency, 626 F.2d 11 (6th Cir.) cert.den., 449 U.S. 993 (1980).

Law Offices of Robert Herz, P.C.
425 G Street, Suite 600 • Anchorage, AK 99501
Phone 907-277-7171 • Fax 907-277-0281
E-mail rmherz@gci.net