IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| United States of America, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| 8117 Spring Street, Anchorage, Alaska; AND 6500 Rockridge Drive, Anchorage, Alaska, | ) ) ) ) |
| | ) |
| Defendant. | ) |
| | ) Case No. 3:06-CV-00116 (RRB) |

**PROPOSED ORDER ON WITHDRAWAL OF MOTION**

Based upon the withdrawal of the motion on shortened time to quash the taking of deposition filed by claimnant Linda Ronan, any oppositions thereto, and being fully advised in the premises,

IT IS HEREBY ORDERED that the motion filed at Docket 35 is withdrawn.

DATED at Anchorage, Alaska, this _____ day of May 2008.

_____
JUDGE OF THE DISTRICT COURT

Law Offices of Robert Herz, P.C.
425 G Street, Suite 600 • Anchorage, AK 99501
Phone 907-277-7171 • Fax 907-277-0281
E-mail rmherz@gci.net

**CERTIFICATE OF SERVICE**
I hereby certify that on May 21, 2008, a copy of the foregoing Proposed Order was served electronically on Assistant United States Attorney's Office    s/ Robert Herz