IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| United States of America, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| 8117 Spring Street, Anchorage, Alaska; AND 6500 Rockridge Drive, Anchorage, Alaska, | ) ) ) ) |
| | ) |
| Defendant. | ) |
| | ) Case No. 3:06-CV-00116 (RRB) |

## WITHDRAWAL OF MOTION ON SHORTENED TIME TO QUASH TAKING OF DEPOSITION

Comes now, claimnant Charles Ronan, by and through counsel Robert M. Herz, of the Law Offices of Robert Herz, P.C. and hereby withdraws the previously filed motion on shortened time for an order quashing the taking of Mr. Ronan's deposition. See Docket [36]. The issue raised in the motion has been mooted by agreement of the parties.

DATED at Anchorage, Alaska, this 21st day of May 2008.

THE LAW OFFICES OF ROBERT HERZ, PC

s/ Robert M. Herz
425 G. Street, Suite 600
Anchorage, Alaska 99501
Phone 907-277-7171
Fax 907-277-0281
rmherz@gci.net
AK Bar No. 8706023

**Law Offices of Robert Herz, P.C.**
425 G Street, Suite 600 • Anchorage, AK 99501
Phone 907-277-7171 • Fax 907-277-0281
E-mail rmherz@gci.net

**CERTIFICATE OF SERVICE**
I hereby certify that on May 21, 2008, a copy of the foregoing Motion to Withdrawal was served electronically on Assistant United States Attorney's Office    s/ Robert Herz